# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
Aug 28, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br>ROBERT SALAZAR, aka "Bobby Salazar"<br><br>*Defendant(s)* | Case No. 1:25-mj-00095-BAM |

## CRIMINAL COMPLAINT BY RELIABLE ELECTRONIC OR TELEPHONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 26, 2025 in the county of Fresno in the Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(k) | Possession of a Firearm with an Obliterated Serial Number<br><br>Maximum Penalties:<br><br>5 years' imprisonment, $250,000 fine, 3 years' TSR, $100 special assessment. |

This criminal complaint is based on these facts:
See attached affidavit of SA Kristin Loeffler.

☑ Continued on the attached sheet.

*Complainant's signature*

Kristin Loeffler, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date: 08/28/2025

*Judge's signature*

City and state: Fresno, CA

Hon. Barbara A. McAuliffe, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>ROBERT SALAZAR<br>aka "Bobby Salazar"<br><br>                  Defendant. | CASE NO.<br><br>AFFIDAVIT OF SPECIAL AGENT KRISTIN E. LOEFFLER |

## I.     INTRODUCTION

1. This Affidavit is in support of an arrest warrant for Robert **SALAZAR** (hereinafter referred to as **SALAZAR**) and for violations of:

    a.  18 U.S.C. § 922(k) – Possession of a Firearm with an Obliterated Serial Number.

2. The information contained in this Affidavit is based upon my personal observations and training and, where noted, information related to me by other law enforcement officers and/or agents.

3. As stated further in this Affidavit, law enforcement officers have gathered evidence to support probable cause that **SALAZAR** possessed a firearm with an obliterated serial number.

## II.     AFFIANT'S BACKGROUND

4. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives and have been so employed since May of 2020. I am currently assigned to the ATF Reno, Satellite Office, in Reno, NV and was previously assigned to the ATF Fresno Field Office in Fresno, CA, specializing in investigations involving the illegal possession of firearms and other federal offenses involving firearms, arson, and explosives. I have assisted in approximately 30 controlled purchases of firearms and narcotics and authored and assisted in numerous search and arrest warrant operations. In 2020 I

completed the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia.  In 2021 I completed Special Agent Basic Training (SABT) at the ATF National Academy, at FLETC. During my time at FLETC I received training in a variety of investigative techniques, legal matters pertaining to firearms, arson, and explosives, the drafting of search warrant affidavits and probable cause. Prior to my employment with ATF, I spent five years in the Army as a Military Policeman from 2003-2008.  While in the U.S., I oversaw soldiers initiating investigative measures; identified, pursued, and arrested suspects and perpetrators of criminal acts; identified, collected, and preserved evidence; conducted subject interviews; and prepared reports.

5. Between my time in the military and my employment with ATF I have held employment with the U.S. Department of State as a Security Protective Specialist as well as an Independent Contractor with the Department of Defense as a firearms instructor. Both occupations required knowledge of, and proficiency with, firearms. I hold a Bachelor of Science in Global Security and Intelligence Studies from Embry Riddle Aeronautical University.

### III.   SUMMARY OF PROBABLE CAUSE

6. On August 26, 2025, during the execution of a search warrant, law enforcement found a total of five firearm, three of which were unlawful. Four firearms, including a privately-manufactured AR pistol (a "ghost gun") and a pistol with an obliterated serial number were found in the residence of Robert **SALAZAR**. Law enforcement also found a stolen firearm in a safe with ammunition in one of **SALAZAR**'s restaurants.

### IV.   STATEMENT OF PROBABLE CAUSE

7. Pursuant to a five-location federal search warrant, a search was executed at **SALAZAR**'s residence at in Clovis, CA, on August 26, 2025. During the search, one firearm was found in a bag, on a shelf in the master bedroom closet and three others, including an AR-style pistol and a pistol with an obliterated serial number, were found in a secret closet hidden behind a shelf, along with ammunition and a loaded 30 round magazine that fit the AR-style pistol. The firearms were:

    a. A Charter Arms revolver found in the bedroom

    b. A Smith & Wesson revolver found in the secret closet

       c.   A privately-manufactured AR-style pistol found in the secret closet

       d.   A SCCY handgun with an obliterated serial number found in the secret closet

8.     Also pursuant to the search warrant, agents searched **SALAZAR**'s bar Lucy's Lounge in Fresno, CA. In a safe that was opened using a code provided by **SALAZAR**, there was a Sig Sauer handgun that had previously been reported stolen out of Fresno County. The firearm was loaded with 9 rounds of ammunition and was found next to a full box of ammunition.

9.     The SCCY handgun recovered from the secret closet in **SALAZAR**'s Clovis residence, shown below, had an obliterated serial number. Based on my training and experience, that obliterated serial number is obvious to any person who holds the firearm.



10.    I know, having been trained in identifying firearms and ammunition and whether or not they have traveled in or affected interstate commerce, that the SCCY handgun was not manufactured in the State of California, and therefore has traveled in or affected interstate commerce.

11.    When asked about the firearms in the residence, **SALAZAR**'s wife denied knowledge of them. According to her, only she and **SALAZAR** live at the residence with her elderly mother. There is

no one else that resides at that location. When first asked if there were firearms in the house the wife stated that **SALAZAR** carried one because he carried money. She then stated that she was unsure if he carried one or not. When the firearms were found, she stated that she had no idea they were there, and they were not hers.

## CONCLUSION

12. The above facts set forth probable cause to believe that **SALAZAR** violated 18 U.S.C. § 922(k), Possession of a Firearm with an Obliterated Serial Number. I request that an arrest warrant be issued for SALAZAR for this violation.

Kristin E. Loeffler
Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives, U.S. Department of Justice

Affidavit submitted by email/PDF and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) on 8/28/25.

HONORABLE BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE

Reviewed as to form by:

/s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant U.S. Attorney

COMPLAINT AFFIDAVIT     4